UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
--------------------------------------------------------x
                                                        :
                                                        :
CENTENNIAL INSURANCE COMPANY,                           :
        Plaintiff/Petitioner,                           :
                                                        :
vs.                                                     :   CIVIL ACTION NO. 04-11272 NG
                                                        :
EAST ATLANTIC CONSTRUCTION,                             :
INC. and STERLING EQUIPMENT, INC.,                      :
        Defendants/Respondents.                         :
                                                        :
--------------------------------------------------------x
```

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of the undersigned as counsel for defendant/respondent, Sterling Equipment Inc., in the above-captioned action.

Dated: February 3, 2005              Respectfully submitted,

                                     STERLING EQUIPMENT, INC.,
                                     By its attorney,
                                     NORMAN A. PELOQUIN, II, P.C.

                                     /s/ Norman A. Peloquin, II
                                     Norman A. Peloquin II
                                     (BBO No. 550872)
                                     Morad Building, 460 County Street
                                     New Bedford, MA 02740-5107
                                     Tel. (508) 991.2300; Fax (508) 991.8300

<u>Certificate of Service</u>

I hereby certify that on the 3rd of February, 2005, I served a copy of the foregoing document by mailing same, first class, postage prepaid, upon defendant, East Atlantic Construction, Inc., by and through its President, Theodore R. Faxon, Jr., 1436 Bayview Avenue, South Seaside Park, NJ 08752; and the following counsel of record: Seth S. Holbrook, Holbrook & Murphy, 150 Federal Street, 12th Floor, Boston, MA 02110.

                                     /s/ Norman A. Peloquin, II
                                     Attorney at Law