UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------x
                                                       :
CENTENNIAL INSURANCE COMPANY,                          :
         Plaintiff/Petitioner,                         :
                                                       :
vs.                                                    :    CIVIL ACTION NO. 04-11272 NG
                                                       :    IN ADMIRALTY
EAST ATLANTIC CONSTRUCTION,                            :
INC. and STERLING EQUIPMENT, INC.,                     :
         Defendants/Respondents.                       :
                                                       :
-------------------------------------------------------x
```

**ASSENTED-TO MOTION TO CONSOLIDATE ACTIONS**

NOW COME the parties in the above-captioned action, and by and through their respective attorneys, pursuant to the provisions of Rule 42(a) of the Federal Rules of Civil Procedure, hereby move this Honorable Court to consolidate this action with the action entitled Sterling Equipment, Inc. v. East Atlantic Construction, Inc., now pending before this Court as Civil Action No. 02-11793 NG.

As grounds hereof, the parties state that these actions involve common questions of fact with respect to the underlying damages being asserted by Sterling Equipment, Inc. Furthermore, consolidation of these cases will promote the just, speedy and inexpensive determination of these actions.

Dated: February 3, 2005                    Respectfully submitted,

                                           CENTENNIAL INSURANCE COMPANY
                                           By its attorneys,
                                           HOLBROOK & MURPHY

                                           /s/ Seth S. Holbrook
                                           Seth S. Holbrook
                                           (BBO No. 237850)
                                           150 Federal Street, 12th Floor
                                           Boston, MA 02110
                                           Tel. 617-428-1151

STERLING EQUIPMENT, INC.,
By its attorney,
NORMAN A. PELOQUIN, II, P.C.

/s/ Norman A. Peloquin, II
Norman A. Peloquin II
(BBO No. 550872)
Matthew A. Lyons
(BBO No. 655530)
Morad Building, 460 County Street
New Bedford, MA 02740-5107
Tel. (508) 991.2300; Fax (508) 991.8300

Certificate of Service

I hereby certify that on the 3rd of February, 2005, I served a copy of the foregoing document by mailing same, first class, postage prepaid, upon defendant, East Atlantic Construction, Inc., by and through its President, Theodore R. Faxon, Jr., 1436 Bayview Avenue, South Seaside Park, NJ 08752.

/s/ Norman A. Peloquin, II
Attorney at Law