UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CENTENNIAL INSURANCE COMPANY, )<br>                Petitioner, )<br>                          )<br>v.                         )<br>                         )<br>EAST ATLANTIC CONSTRUCTION, INC., AND STERLING EQUIPMENT, INC., )<br>                Respondents. ) | | Civil Action No. 04-11272 NG |

**PLAINTIFF'S MOTION TO VACATE ORDER OF DISMISSAL (ASSENTED TO)**

NOW COMES the Plaintiff, Centennial Insurance Company (hereinafter referred to as "Centennial"), in the above entitled action, by and through its undersigned attorneys, Holbrook & Murphy, and moves that this Honorable Court set aside the Order of Dismissal, entered on January 27, 2005.

As reason therefor, Plaintiff states that this case had been filed at the court's request in conjunction with the pending case of *Sterling Equipment, Inc. v. East Atlantic Construction, Inc*., Civil Action No. 02-11793-NG.  When the parties appeared before this Honorable Court on September 28, 2004, the court advised that the cases should be consolidated.  While admittedly a Motion to Consolidate had not been filed, such a motion is being submitted with this Motion to Vacate Order of Dismissal.  The parties have been engaged in discussions regarding possible resolution, and have not in any way tried to delay the proceedings.

Counsel for Sterling Equipment Inc. assents to this Motion.  No counsel has appeared for East Atlantic Construction, Inc.

WHEREFORE, Plaintiff prays that this Court set aside the Order of Dismissal.

        CENTENNIAL INSURANCE COMPANY
        By its attorneys,

        /s/ Seth S. Holbrook
        Seth S. Holbrook, BBO # 237850
        HOLBROOK & MURPHY
        150 Federal Street, 12th Floor
        Boston, MA  02110
        617-428-1151
        holbrook_murphy@msn.com

Assented to:

/s/ Norman A. Peloquin II
Norman A. Peloquin, II
Attorney for Sterling Equipment, Inc.

## Certificate of Service

I hereby certify that on February 4, 2005, I electronically filed the Plaintiff's Motion to Vacate Order of Dismissal (Assented to) with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Mr. Norman A. Peloquin, Morad Building, 460 County Street, New Bedford, MA  02740-5107 and I have served a copy by first class mail, postage prepaid, upon East Atlantic Construction, Inc., c/o Theodore R. Faxon, Jr., 1436 Bayview Avenue, South Seaside Park, NJ  08752.

        /s/ Seth S. Holbrook
        Seth S. Holbrook, BBO # 237850
        HOLBROOK & MURPHY
        150 Federal Street, 12th Floor
        Boston, MA  02110
        617-428-1151
        holbrook_murphy@msn.com