UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STERLING EQUIPMENT, INC.,**<br>    **Plaintiff,**<br><br>    v.<br><br>**EAST ATLANTIC CONSTRUCTION, INC.,**<br>    **Defendant.** | )<br>)<br>)<br>)   **C.A. No. 02-11793-NG**<br>)   **LEAD DOCKET NUMBER**<br>)<br>) |
| CENTENNIAL INSURANCE CO.,<br>    Plaintiff,<br><br>    v.<br><br>EAST ATLANTIC CONSTRUCTION, INC.,<br>and STERLING EQUIPMENT, INC.,<br>    Defendant. | )<br>)<br>)<br>)   C.A. No. 04-11272-NG<br>)<br>)<br>)<br>) |

**GERTNER, D.J.:**

## ORDER OF CONSOLIDATION

The two cases above are **ORDERED** consolidated under the **lead case, docket number 02-11793-NG**, pursuant to Fed. R. Civ. P. 42 because they involve common parties and common factual and legal issues.

**All future pleadings and submissions shall be filed only under the lead case number, 02-11793-NG, and lead caption.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: February 18, 2005**                    **s/ NANCY GERTNER, U.S.D.J.**

-1-